UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN JIA, *on behalf of herself and all others Similarly situated,*

                         Plaintiffs,

-v-

WEEE! INC.,

                         Defendant.

24 Civ. 534 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On January 25, 2024, this case was transferred from the Northern District of California to this District, initially assigned to Judge Torres, and then later reassigned to this Court. Dkts. 39–40. In light of this transfer, and this Court's recent decision granting WEEE! Inc.'s motion to dismiss in a related case, *Tyson Liau v. WEEE!*, 23 Civ. 1177, Dkt. 23, this Court directs the parties to submit a joint letter by April 10, 2024, advising the Court as to next steps in this litigation.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 Paul A. Engelmayer
                                                 United States District Judge

Dated: April 3, 2024
       New York, New York