**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HELEN JIA, TINGTING DING, HAOQUAN LIANG, AND XIA OF ANG MEI, *on behalf of themselves and those similarly situated*

            Plaintiffs,

  -against-                                     24 **CIVIL** 0534 (PAE)

                                                                 **JUDGMENT**

WEEE! INC.,

            Defendant.
------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 13, 2025, this Court lacks subject matter jurisdiction, based on either federal question or diversity jurisdiction. The Court therefore sua sponte dismisses this case pursuant to Rule 12(b)(1). The dismissal is without prejudice to plaintiffs' right to refiling this action, or bringing a new one, consistent with jurisdictional requirements. The Court denies Weee's motions to dismiss on other grounds as moot. Accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                            **BY:** _____
                                                     **Deputy Clerk**